UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| TRACY HØEG, M.D., Ph.D.; RAM DURISETI, M.D., Ph.D.; AARON KHERIATY, M.D.; PETE MAZOLEWSKI, M.D.; and AZADEH KHATIBI, M.D., M.S., M.P.H.,<br><br>Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, Governor of the State of California, in his official capacity; KRISTINA LAWSON, President of the Medical Board of California, in her official capacity; RANDY HAWKINS, M.D., Vice President of the Medical Board of California, in his official capacity; LAURIE ROSE LUBIANO, Secretary of the Medical Board of California, in her official capacity; MICHELLE ANNE BHOLAT, M.D., M.P.H., DAVID E. RYU, RYAN BROOKS, JAMES M. HEALZER, M.D., ASIF MAHMOOD, M.D., NICOLE A. JEONG, RICHARD E. THORP, M.D., VELING TSAI, M.D., and ESERICK WATKINS, members of the Medical Board of California, in their official capacities; and ROB BONTA, Attorney General of California, | No. 2:22-cv-01980 WBS AC<br><br>ORDER RELATING CASES |

1

| | | |
|---|---|---|
| 1 | in his official capacity, | |
| 2 |         Defendants. | |
| 3 | | |
| 4 | LETRINH HOANG, D.O.; PHYSICIANS FOR INFORMED CONSENT, a not-for-profit organization; and CHILDREN'S HEALTH DEFENSE, CALIFORNIA CHAPTER, a California Nonprofit Corporation, | No. 2:22-cv-02147 WBS AC |
| 8 |         Plaintiffs, | |
| 9 |   v. | |
| 10 | ROB BONTA, in his official capacity as Attorney General of California; and ERIKA CALDERON, in her official capacity as Executive Officer of the Osteopathic Medical Board of California, | |
| 14 |         Defendants. | |
| 15 | PIERRE KORY, M.D., BRYAN TYSON, M.D., LETRINH HOANG, D.O., PHYSICIANS FOR INFORMED CONSENT, a not-for-profit corporation, and CHILDREN'S HEALTH DEFENSE, a not-for-profit corporation, | No. 2:24-cv-00001 DJC AC |
| 19 |         Plaintiffs, | |
| 20 |   v. | |
| 21 | ROB BONTA, in his official capacity as Attorney General of California, REJI VARGHESE, in his official capacity as Executive Director of the Medical Board of California, ERIKA CALDERON, in her official capacity as Executive Officer of the Osteopathic Medical Board of California, | |
| 27 |         Defendants. | |
| 28 | | |

2

1                              ----oo0oo----

2              Examination of the above-entitled actions reveals that
3  they are related within the meaning of Local Rule 123(a), because
4  they involve First Amendment challenges to the discipline of
5  physicians by the medical boards of California for the provision
6  of Covid-19-related "misinformation."  Accordingly, the
7  assignment of the matters to the same judge is likely to effect a
8  substantial saving of judicial effort and is also likely to be
9  convenient for the parties.

10             Under the regular practice of this court, related cases
11 are generally assigned to the judge and magistrate judge to whom
12 the first filed action was assigned.

13             The parties should be aware that relating the cases
14 under Local Rule 123 merely has the result that both actions are
15 assigned to the same judge; no consolidation of the actions is
16 effected.  The parties should also be aware that, while the court
17 has chosen to hear motions in the Høeg and Hoang matters
18 concurrently, the Kory matter will proceed separately.

19             IT IS THEREFORE ORDERED that the actions denominated
20 Høeg v. Newsom, 2:22-cv-01980 WBS AC, Hoang v. Bonta, 2:22-cv-
21 02147 WBS AC, and Kory v. Bonta, 2:24-cv-00001 DJC AC, be, and
22 the same hereby are, deemed related.  The case denominated Kory
23 v. Bonta, 2:24-cv-00001 DJC AC, shall be reassigned to the
24 Honorable WILLIAM B. SHUBB.  Any dates currently set in the
25 reassigned case only are hereby VACATED.  Henceforth, the
26 captions on documents filed in the reassigned case shall be shown
27 as Kory v. Bonta, 2:24-cv-00001 WBS AC.

28             IT IS FURTHER ORDERED that the Clerk of the Court make

an appropriate adjustment in the assignment of cases to compensate for this reassignment.

Dated: January 3, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE