IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PIERRE KORY, M.D., BRYAN TYSON, M.D., LETRINH HOANG, D.O., PHYSICIANS FOR INFORMED CONSENT, a not-for-profit corporation, and CHILDREN'S HEALTH DEFENSE, a not-for-profit corporation,**<br><br>                         Plaintiffs,<br><br>     v.<br><br>**ROB BONTA, in his official capacity as Attorney General of California, REJI VARGHESE, in his official capacity as Executive Director of the Medical Board of California, ERIKA CALDERON, in her official capacity as Executive Officer of the Osteopathic Medical Board of California,**<br><br>                         Defendants. | Case No. 2:24-cv-00001-WBS-AC<br><br>ORDER |

   Based on the parties' joint stipulation it is hereby ORDERED that Defendants' response to the complaint shall now be due on Monday, March 4, 2024.

Dated:  February 1, 2024

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1