1

2

3

4

5

6

7

8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | **PIERRE KORY, M.D., BRYAN TYSON, M.D., LETRINH HOANG, D.O., PHYSICIANS FOR INFORMED CONSENT, a not-for-profit corporation, and CHILDREN'S HEALTH DEFENSE, a not-for-profit corporation,**

Case No. 2:24-cv-00001-WBS-AC

**ORDER**

Plaintiffs,

**v.**

**ROB BONTA, in his official capacity as Attorney General of California, REJI VARGHESE, in his official capacity as Executive Director of the Medical Board of California, ERIKA CALDERON, in her official capacity as Executive Officer of the Osteopathic Medical Board of California,**

Defendants.

Having considered the parties' Joint Stipulation to Set Deadlines, it is hereby ORDERED that:

1. Defendants' opposition to Plaintiffs' motion for a preliminary injunction is due March 15, 2024.

2. Plaintiffs' reply in support of their motion for a preliminary injunction is due March 22, 2024.

3. Defendants' response to the complaint shall be due 30 days after the Court issues its ruling on the pending motion for a preliminary injunction.

IT IS SO ORDERED.

Dated:  February 20, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE