IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

----

**PIERRE KORY, M.D., BRYAN TYSON, M.D., LETRINH HOANG, D.O., PHYSICIANS FOR INFORMED CONSENT, a not-for-profit corporation, and CHILDREN'S HEALTH DEFENSE, a not-for-profit corporation,**

                  Plaintiffs,

    v.

**ROB BONTA, in his official capacity as Attorney General of California, REJI VARGHESE, in his official capacity as Executive Director of the Medical Board of California, ERIKA CALDERON, in her official capacity as Executive Officer of the Osteopathic Medical Board of California,**

                  Defendants.

Case No. 2:24-cv-00001-WBS-AC

**ORDER**

----

Having considered the parties' Joint Stipulation Regarding Status Conference, it is hereby ORDERED that:

1. The April 22, 2024 status conference is continued to **June 17, 2024 at 1:30 p.m.**, pending ruling on the pending motion for preliminary injunction.

2. The parties' joint status report shall be filed no later than **June 3, 2024.**

IT IS SO ORDERED.

Dated:  April 11, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE