IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

----

**PIERRE KORY, M.D., BRYAN TYSON, M.D., LETRINH HOANG, D.O., PHYSICIANS FOR INFORMED CONSENT, a not-for-profit corporation, and CHILDREN'S HEALTH DEFENSE, a not-for-profit corporation,**

    Plaintiffs,

v.

**ROB BONTA, in his official capacity as Attorney General of California, REJI VARGHESE, in his official capacity as Executive Director of the Medical Board of California, ERIKA CALDERON, in her official capacity as Executive Officer of the Osteopathic Medical Board of California,**

    Defendants.

Case No. 2:24-cv-00001-WBS-AC

**ORDER**

----

1

Having considered the parties' Joint Stipulation Extending Time to Respond, it is hereby ORDERED that:

1. Defendants' response to Plaintiffs' complaint shall be filed no later than 30 days after a mandate issues from the Ninth Circuit in Plaintiffs' pending appeal.

2. The June 17, 2024 Scheduling Conference is continued to **September 9, 2024 at 1:30 p.m.**  A joint status report shall be filed no later than **August 26, 2024**, or the parties may file a further request for continuance of the Scheduling Conference if the Mandate has not been issued by that date.

IT IS SO ORDERED.

Dated: May 17, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE