UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| PIERRE KORY, M.D., BRYAN TYSON, M.D., LETRINH HOANG, D.O., PHYSICIANS FOR INFORMED CONSENT, a not-for-profit corporation, and CHILDREN'S HEALTH DEFENSE, a not-for-profit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ROB BONTA, in his official capacity as Attorney General of California, REJI VARGHESE, in his official capacity as Executive Director of the Medical Board of California, ERIKA CALDERON, in her official capacity as Executive Officer of the Osteopathic Medical Board of California,<br><br>Defendants. | No. 2:24-cv-00001 WBS AC<br><br><br><br>ORDER RELATING CASES |

1

|   |   |
|---|---|
| KELLY MCCANN, M.D., | No. 2:24-cv-01138 TLN CSK |
| Plaintiff, | |
| v. | |
| RANDY W. HAWKINS, M.D., President Medical Bord of California; LAURIE ROSE LUBIANO, J.D., Vice President Medical Board of California; JAMES M. HEALZER, M.D., Secretary Medical Board of California, MICHELLE ANNE BHOLAT, M.D., MPH; HEMANT DHINGRA, M.D.; NICOLE A. JEONG, J.D.; KRISTINA D. LAWSON, J.D.; ASIF MAHMOOD, M.D.; RICHARD E. THORP, M.D.; VELING TSAI, M.D. ESERICK WATKINS; FELIX C. YIP, M.D., all in their official capacity as officers and appointed members of the California Medical Board; CASSANDRA SAILEY, investigator California Department of Consumer Affairs; JOSEPH VAUGHN, Supervising Investigator II, California Department of Consumer Affairs In their official capacities, | |
| Defendants. | |

----oo0oo----

Examination of the above-entitled actions reveals that they are related within the meaning of Local Rule 123(a), because they each involve constitutional challenges to the power of the California medical boards to investigate and discipline physicians under Cal. Bus. & Prof. Code § 2234 for the provision of COVID-19-related information and/or advice to patients. Accordingly, the assignment of the matters to the same judge is likely to effect a substantial saving of judicial effort and is

also likely to be convenient for the parties.

        The parties should be aware that relating the cases under Local Rule 123 merely has the result that both actions are assigned to the same judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

        IT IS THEREFORE ORDERED that the actions denominated Kory v. Bonta, 2:24-cv-00001 WBS AC, and McCann v. Hawkins, 2:24-cv-01138 TLN CSK, be, and the same hereby are, deemed related.  The case denominated McCann v. Hawkins, 2:24-cv-01138 TLN CSK, shall be reassigned to the Honorable WILLIAM B. SHUBB.  Any dates currently set in the reassigned case only are hereby VACATED.  Henceforth, the captions on documents filed in the reassigned case shall be shown as McCann v. Hawkins, 2:24-cv-01138 WBS AC.

        IT IS FURTHER ORDERED that the Clerk of the Court make an appropriate adjustment in the assignment of cases to compensate for this reassignment.

Dated:  June 24, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE