IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PIERRE KORY, M.D., BRYAN TYSON, M.D., LETRINH HOANG, D.O., PHYSICIANS FOR INFORMED CONSENT, a not-for-profit corporation, and CHILDREN'S HEALTH DEFENSE, a not-for-profit corporation,**<br><br>Plaintiffs,<br><br>**v.**<br><br>**ROB BONTA, in his official capacity as Attorney General of California, REJI VARGHESE, in his official capacity as Executive Director of the Medical Board of California, ERIKA CALDERON, in her official capacity as Executive Officer of the Osteopathic Medical Board of California,**<br><br>Defendants. | Case No. 2:24-cv-00001-WBS-AC<br><br>**ORDER ON SUMMARY JUDGMENT SCHEDULING** |

Having considered the parties' Joint Stipulation regarding scheduling summary judgment briefing, the Court hereby adopts the following schedule for briefing and arguing cross-motions for summary judgment:

- Plaintiffs' motion for summary judgment shall be due Monday, October 26, with a limit of 40 pages

- Defendants' combined cross-motion for summary judgment and opposition to plaintiffs' motion shall be due Monday, November 23, with a limit of 40 pages
- Plaintiffs' combined opposition to defendants' cross-motion and reply shall be due Monday, December 21, with a limit of 40 pages
- Defendants' reply shall be due Thursday, January 14, with a limit of 20 pages
- Hearing on the cross-motions shall be set for February 16, 2027.

IT IS SO ORDERED.

Dated: October 5, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE